JS-6

1

2

3

4

5

6

7  UNITED STATES DISTRICT COURT

8  CENTRAL DISTRICT OF CALIFORNIA

9

10  ANNETTE BRADLEY, an individual,

11  Plaintiff,

12  v.

13  U.S. BANCORP dba U.S. BANK
NATIONAL ASSOCIATION, a

14  corporation; and DOES 1-100, inclusive,

15  Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE NO.:   CV13-01873-BRO-JC**
*Honorable Beverly Reid O'Connell*

**ORDER**

Complaint Filed: February 13, 2013
Trial Date: August 27, 2013

ORDER
1

**RECITALS**

1.      Plaintiff Annette Bradley ("Plaintiff") filed this action in the Superior Court of the State of California for the County of Los Angeles against U.S. Bancorp dba U.S. Bank National Association as Case No. BC 500907; and

2.      U.S. Bank National Association (erroneously sued as U.S. Bancorp dba U.S. Bank National Association) ("Defendant") removed the action to the United States District Court for the Central District of California as Case No. CV13-01873-BRO-JC; and

3.      Plaintiff and Defendants have stipulated to dismiss the above-captioned action in its entirety, *with* prejudice.

**ORDER**

IT IS ORDERED that this case is dismissed with prejudice.


Dated:  July 3, 2013                          _____

                                              HON. BEVERLY REID O'CONNELL
                                              UNITED STATES DISTRICT JUDGE